1  Matthew P. Minser, Esq. (SBN 296344)
2  Craig L. Schechter, Esq. (SBN 308968)
   SALTZMAN & JOHNSON LAW CORPORATION
3  1141 Harbor Parkway, Suite 100
   Alameda, CA 94502
4  Telephone: (510) 906-4710
   Email: mminser@sjlawcorp.com
5  Email: cschechter@sjlawcorp.com

6  Attorneys for Plaintiffs, District Council 16
7  Northern California Health and Welfare Trust Fund, et al.

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  DISTRICT COUNCIL 16 NORTHERN            Case No. 4:20-cv-08200-YGR
    CALIFORNIA HEALTH AND WELFARE
12  TRUST FUND; and its JOINT BOARD OF      **JUDGMENT PURSUANT TO**
    TRUSTEES; ROBERT WILLIAMS and JOHN      **STIPULATION;**
13  MAGGIORE, Trustees;
                                            ~~[PROPOSED] ORDER THEREON~~
14
    BAY AREA PAINTERS AND TAPERS
15  PENSION TRUST FUND, and its JOINT BOARD
    OF TRUSTEES; ROBERT WILLIAMS and
16  JEANNIE SIMPELO, Trustees;

17  DISTRICT COUNCIL 16 NORTHERN
    CALIFORNIA JOURNEYMAN AND
18  APPRENTICE TRAINING TRUST FUND, and its
    JOINT BOARD OF TRUSTEES; ROBERT
19  WILLIAMS and JEANNIE SIMPELO, Trustees,

20                          Plaintiffs,
21              v.

22  BAYVIEW CONSTRUCTION & PAINTING,
    INC., a California corporation; and ANDREAS
23  TZORTZIS, an individual,

24                          Defendants.

25

26      IT IS HEREBY STIPULATED and AGREED (the "Stipulation") by and between the parties
27  hereto that Judgment shall be entered in the within action in favor of Plaintiffs District Council 16
28  Northern California Health and Welfare Trust Fund, et al. ("Plaintiffs" or "Trust Funds") and against

                                            1

Defendant Bayview Construction & Painting, Inc., a California corporation ("Defendant Bayview") and Defendant Andreas Tzortzis, an individual ("Defendant Tzortzis" and/or "Guarantor") (collectively, "Defendants"), as follows:

2.      Defendant Tzortzis confirms that he is the RMO/CEO/President of Defendant Bayview and is authorized to enter into this Stipulation on behalf of himself individually and on behalf of Defendant Bayview.

3.      Defendant Tzortzis also confirms that he is personally guaranteeing the amounts due herein. Defendants specifically consent to the Court's jurisdiction, as well as the use of a Magistrate Judge for all proceedings, including entry of judgment herein. Defendants further confirm that all successors in interest, assignees, and affiliated entities (including, but not limited to, parent or other controlling companies), and any companies with which Defendant Bayview joins or merges, if any, shall also be bound by the terms of this Stipulation as Guarantors. This shall include any additional entities in which Defendant Tzortzis is an officer, owner or possesses any controlling ownership interest. All such entities shall specifically consent to the Court's jurisdiction, the use of a Magistrate Judge for all proceedings, and all other terms herein, in writing, at the time of any assignment, affiliation or purchase.

4.      Defendants are currently indebted to the Trust Funds as follows:

| Work Month | Unpaid Contributions | 20% Liquidated Damages | 5% Interest (through 2/1/21) | Total |
|---|---|---|---|---|
| April 2020 | $4,510.75 | $902.15 | $152.52 | $5,565.42 |
| May 2020 | $3,983.84 | $796.77 | $118.00 | $4,899.41 |
| July 2020 | $30,013.07 | $6,002.61 | $632.94 | $36,648.62 |
| August 2020 | $44,691.42 | $8,938.28 | $758.88 | $54,388.58 |
| September 2020 | $34,316.61 | $6,863.32 | $437.10 | $41,617.03 |
| **Subtotals:** | **$117,515.69** | **$23,503.14** | **$2,100.24** | **$143,119.07** |
| 10% Liquidated Damages on Prior Late-Paid Contributions (3/20; 6/20): | | | | $1,105.70 |
| 10% Interest on Prior Late-Paid Contributions (3/20; 6/20): | | | | $97.69 |
| Attorneys' Fees (9/28/20 through 11/16/20): | | | | $1,090.00 |
| Complaint filing fee: | | | | $400.00 |
| **TOTAL JUDGMENT:** | | | | **$145,812.43** |

## **REQUIREMENTS UNDER THE TERMS OF THIS STIPULATION**

5.      **Notice requirements** pursuant to the terms of this Stipulation are as follows:

a)      **Notices to Defendants:** Andreas Tzortzis, Bayview Construction & Painting, Inc., 466 Milton Avenue, San Bruno, CA 94066; email: andreas@bayviewpainting.com.

2

JUDGMENT PURSUANT TO STIPULATION
Case No.: 4:20-cv-08200-YGR

b)    <u>Notices to Plaintiffs</u>: Craig L. Schechter, Saltzman & Johnson Law Corporation, 1141 Harbor Bay Parkway, Suite 100, Alameda, CA 94502; email: cschechter @sjlawcorp.com, copy to compliance@sjlawcorp.com.

6.    The requirements pursuant to the terms of this Stipulation are as follows:

a)    **Monthly Payments**: Defendants shall conditionally pay the amount of **$121,203.59**, representing all of the above amounts, less *conditionally waived* liquidated damages in the amount of $24,608.84.

i)    Payments in the amount of **$10,376.00 per month** shall begin on March 15, 2021, and continue on or before the 15th (fifteenth) day of each month thereafter **for a period of twelve (12) months**. Plaintiffs may require that Defendants pay electronically by iRemit/ACH/wire transfer, or by cashier's check.

ii)    Defendants shall have the right to increase the monthly payments at any time and there is no penalty for prepayment.

iii)    Payments shall be applied first to interest, at the rate of 5% per annum in accordance with the Bargaining Agreement(s) and Trust Agreements. Interest shall begin to accrue on February 2, 2021.

a)    **Contributions**: Beginning with contributions due for hours worked by Defendant Bayview's employees during the month of February 2021, and for every month thereafter until this Judgment is satisfied, Defendants shall remain current in reporting and payment of contributions due to Plaintiffs under the terms of the Collective Bargaining Agreement(s). Defendants are required to enroll in iRemit, the online platform for reporting and payment of contributions to the Plaintiff Trust Funds and to submit all monthly contribution reports and payments electronically through iRemit. Defendants are to contact DC16iremit@hsba.com to set up online reporting and payment.

b)    **Job Report:** Beginning with the month of February 2021, and for every month thereafter, Defendants shall fully disclose all jobs on which Defendant Bayview is working by providing Plaintiffs with fully completed job reports on the form attached hereto as *Exhibit A*. Upon request by Plaintiffs, Defendants shall also provide Plaintiffs with copies of Certified Payroll Reports.

c)    **Fees:** Defendants shall pay all additional attorneys' fees and costs incurred

3

**JUDGMENT PURSUANT TO STIPULATION**
**Case No.: 4:20-cv-08200-YGR**

1    through Satisfaction of Judgment, whether or not a default occurs.

2            d)    **Audit:** Should the Trust Funds request an audit of Defendants' payroll records

3    pursuant to the requirements of the Bargaining Agreement(s) and/or Trust Agreements, Defendants must

4    contact the auditor within seven days of receiving notice, and must schedule the audit.

5                    i)    In the event that amounts are found due to Plaintiffs as a result of the

6    audit, Plaintiffs shall send a copy of the audit report and written demand for payment to Defendants. In

7    the event that the audit findings are not contested, payment in full shall be delivered to Craig L.

8    Schechter at the address provided above.

9                    ii)    In the event that Defendants dispute the audit findings, Defendants must

10   provide the dispute in writing, with all supporting documentation, within ten days of the date of the

11   demand. Defendants shall be notified as to whether revisions will be made to the audit. If revisions are

12   not made, payment will be immediately due. If revisions are made, payment in full of the revised

13   amount shall be immediately due.

14                   iii)    If Defendants are unable to make payment in full, Defendants may submit

15   a request to add the amounts found due to this Stipulation. If the Stipulation is so revised, Defendants

16   shall execute the Amended Judgment or Amendment to Judgment within ten days of receipt. Failure to

17   execute the revised agreement shall constitute a default of the terms herein.

18                   iv)    Failure by Defendants to submit either payment in full or a request to add

19   the amounts due to this Judgment within ten days of receipt shall constitute a default of the obligations

20   under this agreement. All amounts found due on audit shall immediately become part of this Judgment.

21       7.    In summary, Defendants shall deliver the following payments and documents to

22   Plaintiffs, at the following locations, on or before the following delivery deadlines, until this Stipulation

23   has been fully satisfied:

24       //

25       //

26       //

27       //

28       //

---

4

**JUDGMENT PURSUANT TO STIPULATION**
**Case No.: 4:20-cv-08200-YGR**

| Required Submissions | Delivery deadlines[1] | Delivery locations |
|---|---|---|
| **Stipulated payments in the amount of $10,376.00** payable to *District Council 16 Northern California Trust Funds* | 15th day of each month (3/15/21-2/15/22) | Craig L. Schechter Saltzman & Johnson Law Corp. 1141 Harbor Bay Parkway, #100 Alameda, CA 94502 |
| **Current contribution reports and payments** payable to *District Council 16 Northern California Trust Funds* | 15th day of each month (beginning 3/15/21, for 2/21 hours) | District Council 16 Northern California Trust Funds P.O. Box 4816 Hayward, CA 94540<br><br>Plus copies to: compliance@sjlawcorp.com (subject: "Bayview Construction") |
| **Completed job reports** (form attached as Exhibit A to Stipulation)<br><br>**and Certified Payroll** (if requested) | 15th day of each month (beginning 3/15/21, for 2/21 hours) | compliance@sjlawcorp.com (subject: "Bayview Construction") or Craig L. Schechter Saltzman & Johnson Law Corp. 1141 Harbor Bay Parkway, #100 Alameda, CA 94502 |

8.     Failure to comply with any of the above terms, including submitting a payment that does not clear the bank, or failing to endorse a joint check provided for the payment of amounts due under the terms of this Stipulation including current contributions, shall constitute a default of the obligations under this Stipulation.

## DEFAULTS UNDER THE TERMS OF THIS STIPULATION

9.     If default occurs, Plaintiffs shall make a written demand to Defendants to cure said default ***within seven (7) days of the date of the notice from Plaintiffs***. In the event default is not cured within the required time frame, all amounts remaining due hereunder (after application of principal payments made, if any) shall be due and payable on demand by Plaintiffs. These amounts shall include any conditionally waived liquidated damages, and additional attorney's fees and costs incurred herein.

10.     Any unpaid or late-paid contributions, together with 20% liquidated damages and 5% per annum interest, shall become part of this Judgment. Plaintiffs reserve all rights available to collect any

---

[1] If the Stipulation has not been fully satisfied by 2/15/22, all monthly submission requirements shall continue until all amounts have been paid and a Satisfaction of Judgment has been filed with the Court.

**JUDGMENT PURSUANT TO STIPULATION**
**Case No.: 4:20-cv-08200-YGR**

contributions and related amounts not included herein. This includes, but is not limited to, any amounts due pursuant to employee timecards or paystubs, by audit, or other means. Should Defendants fail to submit a report for any month, contributions shall be estimated pursuant to Trust Fund policy. Defendants specifically waive the defense of the doctrine *res judicata* as to any such additional amounts determined as due.

11.    A Writ of Execution may be obtained without further notice, in the amount of the unpaid balance plus any additional amounts due under the terms herein. Such Writ of Execution may be obtained solely upon declaration by a duly authorized representative of Plaintiffs setting forth the balance due as of the date of default.

## **MISCELLANEOUS PROVISIONS**

12.    The above requirements remain in full force and effect regardless of whether or not Defendant Bayview has ongoing work, whether Defendant Bayview's account with the Trust Funds is active, or whether Defendant Bayview is a signatory to a Collective Bargaining Agreement with the Union. If, for any reason, Defendant Bayview has no work to report during a given month, Defendants shall submit the job report form (Exhibit A attached hereto) indicating that there are no current jobs. If Defendant Bayview has no contributions to report, Defendants shall submit the applicable contribution report stating "no employees."

13.    Payments made by joint check shall be endorsed on behalf of Defendants prior to submission, and may be applied toward Defendants' monthly stipulated payment, provided that the issuer of the joint check is not requesting a release in exchange for the payment. Joint checks for which a release is requested may not be applied toward Defendant's monthly stipulated payment, but shall be deducted from the total balance owed under this Stipulation, provided the payment is for contributions included in this Stipulation.

14.    Prior to the last payment pursuant to this Stipulation, Plaintiffs shall advise Defendants as to the final amount due, including additional interest, any current contributions and related amounts, and all additional attorneys' fees and costs incurred by Plaintiffs, whether or not Defendants default herein. Any additional amounts due shall be paid in full with the final stipulated payment due on February 15, 2022.

JUDGMENT PURSUANT TO STIPULATION
Case No.: 4:20-cv-08200-YGR

P:\CLIENTS\PATCL\Bayview Construction\Pleadings\Stipulation and Service Package\Judgment Pursuant to Stipulation REVISED.docx

15. The conditional waiver of liquidated damages shall be presented to the Board of Trustees for consideration only after all amounts due under the terms of this Stipulation are paid in full, and Defendant Bayview's account is otherwise current. If the waiver is granted, a Satisfaction of Judgment will be filed with the Court once all payments have cleared the bank. If the waiver is not granted, the liquidated damages will be immediately due. The waiver may be granted with further conditions, such as paying timely and remaining current for an additional period of time.

16. Defendants waive any notice of Entry of Judgment or of any Request for a Writ of Execution, and expressly waive all rights to stay of execution and appeal.

17. Any failure on the part of Plaintiffs to take any action as provided herein in the event of any breach of the provisions of this Stipulation shall not be deemed a waiver of any subsequent breach.

18. Defendants have represented that they do not intend to file for Bankruptcy protection. In the event that either Defendant files for Bankruptcy protection, Defendants specifically agree that the amounts due hereunder, which are employee benefits and related sums, shall not be dischargeable. Defendants agree to reaffirm this debt, and will not request that the debt be discharged.

19. Should any provisions of this Stipulation be declared or determined by any court of competent jurisdiction to be illegal, invalid, or unenforceable, the legality, validity, and enforceability of the remaining parts, terms or provisions shall not be affected thereby and said illegal, unenforceable or invalid part, term, or provisions shall be deemed not to be part of this Stipulation.

20. This Stipulation is limited to the agreement between the parties with respect to the unpaid and delinquent contributions and related sums enumerated herein, owed by Defendants to Plaintiffs. This Stipulation does not in any manner relate to withdrawal liability claims, if any. Defendants acknowledge that Plaintiffs expressly reserve their right to pursue withdrawal liability claims, if any, against Defendants and control group members, as provided by Plaintiffs' Plan documents, Trust Agreements incorporated into their Bargaining Agreements, and applicable laws and regulations. The parties to this Stipulation understand and agree that nothing contained herein shall in any manner relate to or otherwise limit the obligations of Defendants with respect to the assessment and collection of withdrawal liability pursuant to 29 U.S.C. § 1381 et seq.

21. This Stipulation contains all of the terms agreed to by the parties and no other agreements

**JUDGMENT PURSUANT TO STIPULATION**
**Case No.: 4:20-cv-08200-YGR**

1  have been made. Any changes to this Stipulation shall be effective only if made in writing and signed by

2  all parties hereto.

3         22.    This Stipulation may be executed in any number of counterparts and by facsimile, each of

4  which shall be deemed an original and all of which shall constitute the same instrument.

5         23.    Defendants represent and warrant that they have had the opportunity to be or have been

6  represented by counsel of their own choosing in connection with entering this Stipulation under the

7  terms and conditions set forth herein, that they have read this Stipulation with care and are fully aware

8  of and represent that they enter into this Stipulation voluntarily and without duress.

9         24.    The parties agree that the Court shall retain jurisdiction of this matter until this Judgment

10  is satisfied.

11                                    **BAYVIEW CONSTRUCTION**

12

13  DATED: _____ __, 2021          By: _____

14                                          Andreas Tzortzis, RMO/CEO/President of Defendant
                                            Bayview Construction

15                                    **ANDREAS TZORTZIS**

16

17  DATED: _____ __, 2021          By: _____

18                                          Andreas Tzortzis, individual Defendant and
                                            Guarantor

19                                    **DISTRICT COUNCIL 16 NORTHERN**
                                      **CALIFORNIA HEALTH AND WELFARE**
20                                    **TRUST FUND, et al.**

21

22  DATED: _March 8_, 2021             By: _____

23                                          Robert Williams
24                                          Trustee of Plaintiff Trust Funds

25

26  DATED: March   8, 2021             **DISTRICT COUNCIL 16 NORTHERN**
                                       **CALIFORNIA HEALTH AND WELFARE**
27                                     **TRUST FUND, et al.**

28                                     _____

                                              8

**JUDGMENT PURSUANT TO STIPULATION**
**Case No.: 4:20-cv-08200-YGR**

1  have been made. Any changes to this Stipulation shall be effective only if made in writing and signed by

2  all parties hereto.

3      22.    This Stipulation may be executed in any number of counterparts and by facsimile, each of

4  which shall be deemed an original and all of which shall constitute the same instrument.

5      23.    Defendants represent and warrant that they have had the opportunity to be or have been

6  represented by counsel of their own choosing in connection with entering this Stipulation under the

7  terms and conditions set forth herein, that they have read this Stipulation with care and are fully aware

8  of and represent that they enter into this Stipulation voluntarily and without duress.

9      24.    The parties agree that the Court shall retain jurisdiction of this matter until this Judgment

10  is satisfied.

11                                         **BAYVIEW CONSTRUCTION**

12

13  DATED: _____ __, 2021          By: _____

14                                         Andreas Tzortzis, RMO/CEO/President of Defendant
                                           Bayview Construction

15                                         **ANDREAS TZORTZIS**

16

17  DATED: _____ __, 2021          By: _____

18                                         Andreas Tzortzis, individual Defendant and
                                           Guarantor

19                                         **DISTRICT COUNCIL 16 NORTHERN**
                                           **CALIFORNIA HEALTH AND WELFARE**
20                                         **TRUST FUND, et al.**

21

22  DATED: _March 8_, 2021
                                       By: _____
23
                                           Robert Williams
24                                         Trustee of Plaintiff Trust Funds

25

26  DATED: _March    8_, 2021          **DISTRICT COUNCIL 16 NORTHERN**
                                           **CALIFORNIA HEALTH AND WELFARE**
27                                         **TRUST FUND, et al.**

28
                                           _____

                                           8

---

**JUDGMENT PURSUANT TO STIPULATION**
Case No.: 4:20-cv-08200-YGR

1

2

JUDGMENT

3

Pursuant to the above stipulation, IT IS ORDERED, ADJUDGED AND DECREED.

4

      IT IS FURTHER ORDERED that the calendar in this matter is vacated, and that the Court shall

5

retain jurisdiction over this matter.

6

DATED: March 22, 2021

7

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JUDGMENT PURSUANT TO STIPULATION**
**Case No.: 4:20-cv-08200-YGR**

P:\CLIENTS\PATCL\Bayview Construction\Pleadings\Stipulation and Service Package\Judgment Pursuant to Stipulation REVISED.docx

**Exhibit A: JOB REPORT FORM**
**Completed Forms Due by the last business day of each month**
by email to compliance@sjlawcorp.com (subject line: *Bayview Construction*), or
delivered to Saltzman & Johnson, 1141 Harbor Bay Parkway, Ste. 100, Alameda, CA 94502

**Employer: Bayview Construction**
Report for the month of _____, 20__  Submitted by: _____

| | | |
|---|---|---|
| **Project Name:** | | **Public or Private?** (Circle one) |
| **Project Address:** | | |
| **General Contractor:** | | |
| **General Contractor Address:** | | |
| **General Contractor Phone #:** | **Project Manager Name:** | |
| **Project Manager Phone #:** | **Project Manager email address:** | |
| **Contract #:** | **Contract Date:** | |
| **Total Contract Value:** | | |
| **Work Start Date:** | **Work Completion Date:** | |
| **Project Bond #:** | **Surety:** | |

| | | |
|---|---|---|
| **Project Name:** | | **Public or Private?** (Circle one) |
| **Project Address:** | | |
| **General Contractor:** | | |
| **General Contractor Address:** | | |
| **General Contractor Phone #:** | **Project Manager Name:** | |
| **Project Manager Phone #:** | **Project Manager email address:** | |
| **Contract #:** | **Contract Date:** | |
| **Total Contract Value:** | | |
| **Work Start Date:** | **Work Completion Date:** | |
| **Project Bond #:** | **Surety:** | |

***Attach additional sheets as necessary***

10

JUDGMENT PURSUANT TO STIPULATION
Case No.: 4:20-cv-08200-YGR